Bette Spaich
2653 Bloyd Rd.
Live Oak, CA 95953

Debtor, In pro per



FILED
SEP 3 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 12-35330 |
| BETTE SPAICH, | CHAPTER 12 |
| DEBTOR. / | Docket Control No. BS-10 |

## DECLARATION OF ALFRED NEVIS
## IN SUPPORT OF CONFIRMATION OF PLAN

I, Alfred Nevis, declare and say:

1. If called as a witness, I am competent to testify to the within matters from my own knowledged.

2. I have executed the Withdrawal of Claim No. 3 by which I withdrawn such claim.

3. I have executed the Settlement Agreement previously approved by Order of this Court on May 28, 2013 with a modification of the date for close of the escrow. The agreement initially provided 30 days from the execution of the Agreement for closing. I have requested 90 days from the execution. I executed the Agreement on August 19, 2013 as did Cornelius Farms, LLC.

4. I will be ready, willing and able to perform under the terms of the Settlement Agreement in 90 days from August 19, 2013.

5. I am aware of no reason that the escrow will not be closed within the agreed time upon approval of this Court.

6. The cost and expense anticipated of responding to discovery propounded by the Debtor is an important factor in agreeing to confirmation, withdrawal of Claim No. 3 and joining with the

1 Debtor in urging the Court to confirm the Plan.

2     7. I concur with the Debtor that the Plan proposed and, as agreed to be amended, is in the best
3 interests of all concerned. I have agreed to all the terms of the Settlement Agreement with a 90 day
4 closing and agree to do everything within my power to insure that all parties perform fully, timely and
5 in good faith under such terms as agreed.

6     Executed under penalty of perjury this 19th day of August, 2013 at _Pismo Beach_,
7 California.

_____
Alfred Nevis